19865. HOPKINS *v.* THE STATE.

BLOODWORTH, J. The bill of exceptions contains no assignment of error upon the final judgment of the trial court.

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*
DECIDED JULY 31, 1929.

230

*Peek, Randolph & Henson,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, E. A. Stephens,* contra.